# Court of Appeals
# of the State of Georgia

ATLANTA, November 16, 2012

*The Court of Appeals hereby passes the following order:*

**A13A0350.  MICHAEL RAY COFFEY v. STATE OF GEORGIA.**

Prison inmate Michael Ray Coffey sought to file a civil action, but the trial court denied him permission to proceed in forma pauperis.  Coffey then filed this direct appeal.

Because Coffey is incarcerated, his appeal is controlled by the Prison Litigation Reform Act of 1996. OCGA § 42-12-1 et seq. Pursuant to OCGA § 42-12-8, an appeal of a civil action filed by a prisoner "shall be as provided in Code Section 5-6-35."  Under OCGA § 5-6-35, the party wishing to appeal must file an application for discretionary appeal to the appropriate appellate court.  Coffey's failure to file an application for discretionary appeal in this case deprives this Court of jurisdiction over this direct appeal.  See *Jones v. Townsend*, 267 Ga. 489 (480 SE2d 24) (1997). Accordingly, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 11/16/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



, Clerk.